UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Estate of Leonard Marion Kowalski,
by Guy Kowalski and Melody Bishop,
as Co-Personal Representatives of the
Estate of Leonard Marion Kowalski,

       Plaintiffs,                        Case No. 07-11014

v.                                          Hon. Nancy G. Edmunds

Iron Workers Local No. 25 Pension Fund,

       Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to affirm is GRANTED, Plaintiff's motion for judgment on the administrative record is DENIED, and the case is hereby DISMISSED.

SO ORDERED.


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: February 12, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 12, 2008, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager